United States District Court
Middle District of Florida
Ocala Division

LEAH N. CRAFTON,

   *Plaintiff,*

v.                                                        NO. 5:25-cv-210-PDB

COMMISSIONER OF SOCIAL SECURITY,

   *Defendant.*

---

## Order

The Commissioner of Social Security moves to reverse the decision below and remand the case. Doc. 34. Considering the absence of opposition and the authority described in the motion, the court:

1.   **grants** the motion, Doc. 34;

2.   **reverses** the decision under sentence four of 42 U.S.C. § 405(g);

3.   **remands** the case with directions to "offer [Crafton] a hearing, take any further action necessary to complete the administrative record, and issue a new decision"; and

4.   **directs** the clerk to enter judgment for Leah Crafton and against the Commissioner of Social Security and close the file.

**Ordered** in Jacksonville, Florida, on January 5, 2026.

*Patricia D. Barksdale*

Patricia D. Barksdale
*United States Magistrate Judge*